FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2020 DEC 21 P 12: 16

CLERK J. Hodge
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| RICHARD J. HILL, | |
| Plaintiff, | CIVIL ACTION NO.: 6:19-cv-22 |
| v. | |
| SGT. FREDDIE DAVIS, et al., | |
| Defendants. | |

## O R D E R

After an independent and de novo review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, doc. 15. No party to this action filed Objections to the Report and Recommendation.

Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court. The Court **DISMISSES** Plaintiff's monetary damages claims against Defendants, monetary damages claims against Defendants Deal and Adams based on failure to protect, and due process claim against Defendant Deal. Plaintiff's Eighth Amendment claims against Defendants Davis, Brownlee, Cain, Jackson, Powell, Williams, Miller, Michaels, Cook, Chambers, and Sistrunk in their individual capacities and Plaintiff's injunctive relief claims against Defendants Deal and Adams remain pending. Doc. 16.

**SO ORDERED**, this 21ST day of December, 2020.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA