**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF GEORGIA**
**STATESBORO DIVISION**

RICHARD J. HILL,

Plaintiff,

v.

SGT. FREDDIE DAVIS, et al.,

Defendants.

CIVIL ACTION NO.: 6:19-cv-22

**ORDER**

After an independent and de novo review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, doc. 70. Plaintiff did not file Objections to the Report and Recommendation. In fact, the Court's mailing was returned as undeliverable, with the notations: "Return to Sender, Unable to Forward." Doc. 71 at 1.

Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court, **GRANTS** Defendants Adams, Brownlee, Davis, Deal, Jackson, Shemaury, Mikell, Powell, and Williams' construed Motion to Dismiss, **DISMISSES** Plaintiff's Complaint, and **DIRECTS** the Clerk of Court to **CLOSE** this case and enter the appropriate judgment of dismissal. The Court also **DENIES** Plaintiff leave to proceed *in forma pauperis* on appeal. Further, the Court **DENIES as moot** Defendant Sistrunk's Motion to Dismiss and Motion to Adopt Other Defendants' Motion for Summary Judgment and Defendant Cain's Motion for

Summary Judgment. Docs. 55, 60, 69.

**SO ORDERED**, this 10th day of June, 2022.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA